78 A.3d 613

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin R. McKNIGHT, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and this appeal is **REMANDED** for further consideration in accord with *Commonwealth v. Wilson,* 620 Pa. 251, 67 A.3d 736 (2013). The Petition for Post–Submission Communication is **DENIED** as moot.